IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JEFFREY DEAN TARDIE,**

    **Plaintiff,**

vs.                                  CIVIL ACTION NO.:  CV-03-444-WS-C

**EMPIRE TRUCK SALES AND
LEASING, INC., FREIGHTLINER INC.,
MERCEDEZ- BENZ CREDIT CORP.,
AND DETROIT DIESEL, INC., et al.**
    **Defendants.**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Jeffrey Dean Tardie and the Defendant, Detroit Diesel Corporation, by and through the undersigned counsel, hereby stipulate and show unto the Court that all claims against the Defendants, Detroit Diesel Corporation, in this action have been amicably resolved by agreement between the Plaintiff and the Defendant, each party to bear its or his own costs, expenses and attorneys' fees.

The parties now respectfully move this Honorable Court to dismiss all claims against the Defendant, Detroit Diesel Corporation with prejudice. For the Court's convenience, a proposed Order is attached.

DATED: 9-14-2007

*signature*

Allison O. Skinner, Esq.
Marc C. Dawsey, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Mountain Brook Center / Suite 480W
2700 Highway 280 East
Birmingham, Alabama 35223

ATTORNEYS FOR DEFENDANT
DETROIT DIESEL CORPORATION

DATED: Sept. 13, 2004

*signature*

Derek Quinn Esq.
103 Dauphin Street, Ste. 708
Mobile, Alabama 36602

ATTORNEY FOR PLAINTIFF

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JEFFREY DEAN TARDIE,**

    Plaintiff,

vs.                                           CIVIL ACTION NO.: CV-03-444-WS-C

**EMPIRE TRUCK SALES AND
LEASING, INC., FREIGHTLINER INC.,
MERCEDEZ- BENZ CREDIT CORP.,
AND DETROIT DIESEL, INC., et al.
Defendants.**
_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon a Joint Stipulation for Dismissal With Prejudice of Plaintiff, Jeffrey Dean Tardie and Defendant, Detroit Diesel Corporation, and the Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

    A.    All claims against the Defendants, Detroit Diesel Corporation, in this cause herein be and the same are hereby dismissed <u>with prejudice</u>.

    B.    Each party shall bear their own costs, expenses and attorney's fees with respect to this claim.

    **DONE AND ORDERED** on this the _____ day of _____, 2004.

_____
WILLIAM H. STEELE

Copies to:

Marc C. Dawsey, Esquire
Allison O. Skinner, Esquire
Derek Quinn, Esquire